William Kirk, Plaintiff in Error, vs. California Welch and T. J. Welch, her husband, Defendants in Error.

Writ of Error to Circuit Court, Escambia county.

*William Kirk, in pro per.*

*Blount & Blount,* for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error.

Writ of error dismissed on motion of counsel for defendants in error.

---

Herman Levy, Plaintiff in Error, vs. M. F. Simmons, Defendant in Error.

Writ of Error to Circuit Court, Alachua county.

*E. C. F. Sanchez and S. Y. Finley,* for Plaintiff in Error.

*Hampton & Ammons,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error for failure to comply with order requiring perfect abstracts of the record.